Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
2007 DEC 19 PM 12: 04
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ KWH _____ DEPUTY

American International Specialty Lines Insurance Company

vs

Heilig-Meyers Company, a Virginia Corporation; McMahan Furniture Company, a California Corporation; and DOES 1 through 10, inclusive

**SUMMONS IN A CIVIL ACTION**
Case No.

**'07 CV 2377-JLS-POR**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Thomas F. Vandenburg, Esq.
Dongell Lawrence Finney LLP
707 Wilshire Blvd., 45th Floor
Los Angeles, CA 90017
Telephone: (213) 943-6100

An answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

DEC 1 9 2007

W. Samuel Hamrick, Jr.
K. HAMERLY , CLERK                                DATE

By _____ , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)                    AO-440S