## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### HON. LOUISA S. PORTER
### CT. DEPUTY RICHARD MESSIG

| American International Specialty Lines Insurance Company | v. | Heilig-Meyers Company et al | No. | 07cv2377 |
|---|---|---|---|---|
| Plaintiffs | | Defendants | | |

PROCEEDINGS: _____ In Chambers _____ In Court _____ Telephonic

Magistrate Judge Louisa S Porter hereby recuses herself from the above-entitled action and requests that another Magistrate Judge be assigned. Magistrate Judge Barbara L. Major is randomly assigned.

NOTICE: _____ In Person _____ By Telephone _____ Copies Sent

DATE: 1/7/08

DEPUTY: