ORIGINAL

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| THOMAS F. VANDENBURG ESQ.<br>DONGELL LAWRENCE FINNEY LLP<br>707 WILSHIRE BLVD., 45TH FLOOR<br>LOS ANGELES, CA 90017<br>Telephone No: 213-943-6100 | | FILED<br>2008 FEB 13 PM 4:19<br>CLERK U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |
| Attorney for: Plaintiff | Ref. No. or File No.: 1562-005 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Southern District Of California

Plaintiff: AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY
Defendant: HEILIG-MEYERS COMPANY, A VIRGINIA CORPORATION; ET AL

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV2377JLSPOR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT; CIVIL COVER SHEET; INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

3. a. Party served:        McMAHAN FURNITURE COMPANY A CALIFORNIA CORPORATION
   b. Person served:      ELAINE DREWS, AGENT FOR SERVICE OF PROCESS.

4. Address where the party was served:   2333 STATE STREET SUITE 300
                                          Carlsbad, CA 92008

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Feb. 05, 2008 (2) at: 3:14PM

7. **Person Who Served Papers:**                            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. ADRIAN VILLEGAS                                       d. **The Fee for Service was:**

   BEVERLY HILLS EXPRESS                                    e. I am: (3) registered California process server
   350 S. FIGUEROA STREET, SUITE 272                            (i)   Owner
   LOS ANGELES, CA 90071                                        (ii)  Registration No.:   1226
   (213) 346-1000, FAX (213) 346-1010                           (iii) County:             San Diego
   BEVERLYHILLSEXPRESS.COM

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Feb. 06, 2008

Judicial Council Form                 PROOF OF SERVICE           (ADRIAN VILLEGAS)
Rule 982.9.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT                          637521.dongeltv.2311