**ORIGINAL**

| | | | | |
|---|---|---|---|---|
| *Attorney or Party without Attorney:*<br>THOMAS F. VANDENBURG ESQ.<br>DONGELL LAWRENCE FINNEY LLP<br>707 WILSHIRE BLVD., 45TH FLOOR<br>LOS ANGELES, CA 90017<br>*Telephone No:* 213-943-6100<br><br>*Attorney for:* Plaintiff | | *Ref. No. or File No.:*<br>1562-005 | | *For Court Use Only*<br><br>FILED<br>2008 FEB 13 PM 4:19<br>CLERK, US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY ___ DEPUTY |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court, Southern District Of California

*Plaintiff:* AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY
*Defendant:* HEILIG-MEYERS COMPANY, A VIRGINIA CORPORATION; ET AL

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>07CV2377JLSPOR |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS AND COMPLAINT CIVIL COVER SHEET; INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

3. a. *Party served:*      HEILIG-MEYERS COMPANY, A VIRGINIA CORPORATION
   b. *Person served:*      BECKY DE GEORGE, AGENT FOR SERVICE OF PROCESS

4. *Address where the party was served:*      2730 GATEWAY OAKS DRIVE
        SACRAMENTO, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Feb. 05, 2008 (2) at: 2:55PM

7. *Person Who Served Papers:*                            Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JEFF KING                                            d. *The Fee for Service was:*

   BEVERLY HILLS EXPRESS              e. I am: Not a Registered California Process Server
   350 S. FIGUEROA STREET, SUITE 272
   LOS ANGELES, CA 90071
   (213) 346-1000, FAX (213) 346-1010
   BEVERLYHILLSEXPRESS.COM

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Wed, Feb. 06, 2008

   Judicial Council Form                       PROOF OF SERVICE               (JEFF KING)     637519.dongeltv.2312
   Rule 982.9.(a)&(b) Rev January 1, 2007         SUMMONS & COMPLAINT

