UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>v.<br><br>HEILIG-MEYERS COMPANY, et al.,<br><br>               Defendants. | Civil No. 07cv2377-JLS (BLM)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On April 2, 2008 at 1:30 p.m., the Court convened an Early Neutral Evaluation Conference ("ENE") in the above-entitled action. Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Rule 26 of the Federal Rules of Civil Procedure. Based thereon, the Court issues the following orders:

    1. Any objections made to initial disclosure pursuant to Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be resolved as required by Rule 26;

    2. The Rule 26(f) conference shall be completed on or

1  before **April 16, 2008**;

2      3.   A joint discovery plan shall be <u>lodged</u> with Magistrate
3  Judge Barbara L. Major on or before **April 23, 2008**;

4      4.   Initial disclosures pursuant to Rule 26(a)(1)(A-D) shall
5  occur on or before **April 30, 2008**; and,

6      5.   A Case Management Conference pursuant to Rule 16(b)
7  shall be held on **May 7, 2008** at **1:15 p.m.**, or as soon thereafter as
8  the Court's calendar will allow, with the chambers of Magistrate
9  Judge Major. **Counsel shall appear telephonically.** The Court will
10 initiate the conference call.

11     Parties are hereby warned that failure to comply with this
12 Order may result in the imposition of sanctions. Additionally,
13 failure to respond to discovery requests or to comply with the
14 Federal Rules of Civil Procedure regarding discovery may result in
15 the imposition of sanctions including monetary sanctions, eviden-
16 tiary sanctions and the dismissal or default of your case.

17     **IT IS SO ORDERED.**

18

19 DATED: <u>April 3, 2008</u>

20

21                   BARBARA L. MAJOR
                    United States Magistrate Judge

22

23 COPY TO:

24 HONORABLE JANIS L. SAMMARTINO
   UNITED STATES DISTRICT JUDGE
25
   ALL COUNSEL AND PARTIES
26

27

28