DONGELL LAWRENCE FINNEY LLP
Richard A. Dongell (SBN 128083)
   rdongell@dlflawyers.com
Thomas F. Vandenburg (SBN 163446)
   tvandenburg@dlflawyers.com
Hillary Arrow Booth (SBN 125936)
   hbooth@dlflawyers.com
Paul D. Rasmussen (SBN 201680)
   prasmussen@dlflawyers.com
707 Wilshire Boulevard, 45th Floor
Los Angeles, CA 90017-3609
Telephone: (213) 943-6100
Facsimile: (213) 943-6101

Attorneys for Plaintiff
AMERICAN INTERNATIONAL
SPECIALTY LINES INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| American International Specialty Lines Insurance Company, | Case No.: 07-CV-2377-JLS (BLM) |
| Plaintiff, | **STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT** |
| v. | |
| Heilig-Meyers Company, a Virginia Corporation; McMahan Furniture Company, a California Corporation; Gustafson; Gustafson Washer Service, Inc.; Pacific Industrial Properties Holdings, Inc. dba Texas/Pacific Properties, Inc.; Raymert Press, Incorporated; and DOES 1 through 10, inclusive, | |
| Defendants. | COMPLAINT FILED: 12/19/07 <br> TRIAL DATE: None Set |

    **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that Plaintiff may file an Amended Complaint, a copy of which is attached hereto.

1

**STIPULATION FOR FILING OF AMENDED COMPLAINT**

1

2          **IT IS FURTHER STIPULATED** that the Defendant McMahan

3   Furniture Company ("McMahan") waives notice and service of the amended

4   complaint and shall not be required to answer the First Amended Complaint, and

5   that all denials, responses and affirmative defenses contained in the answer filed by

6   McMahan to the original complaint shall be responsive to the First Amended

7   Complaint.

8

9   DATED:  July 11, 2008               DONGELL LAWRENCE FINNEY LLP

10

11                                      By: ___/s/ Paul D. Rasmussen_____
                                               Paul D. Rasmussen
12                                      Attorneys for Plaintiff
                                        AMERICAN INTERNATIONAL
13                                      SPECIALTY LINES INSURANCE
                                        COMPANY
14

15  DATED:  July ____, 2008             Solomon Ward Seidenwurm & Smith, LLP

16

17                                      By: _____
                                               Geoffrey Lee
18                                      Attorneys for Defendant
                                        McMahan Furniture Company
19

20

21

22

23

24

25

26

27

28

**STIPULATION FOR FILING OF AMENDED COMPLAINT**

1     **IT IS FURTHER STIPULATED** that the Defendant McMahan

2 Furniture Company ("McMahan") waives notice and service of the amended

3 complaint and shall not be required to answer the First Amended Complaint, and

4 that all denials, responses and affirmative defenses contained in the answer filed by

5 McMahan to the original complaint shall be responsive to the First Amended

6 Complaint.

7

8 DATED: July \_\_\_\_, 2008         DONGELL LAWRENCE FINNEY LLP

9

10                           By: _____
                                Paul D. Rasmussen

11                           Attorneys for Plaintiff

12                           AMERICAN INTERNATIONAL
                          SPECIALTY LINES INSURANCE

13                           COMPANY

14 DATED: July \_\_11\_\_, 2008       Solomon Ward Seidenwurm & Smith, LLP

15

16                           By: _____
                                Geoffrey Lee

17                           Attorneys for Defendant

18                           McMahan Furniture Company

19

20

21

22

23

24

25

26

27

28

2

STIPULATION FOR FILING OF AMENDED COMPLAINT

## PROOF OF SERVICE - CCP §§ 1013a, 2015.5

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 707 Wilshire Boulevard, 45th Floor, Los Angeles, CA 90017-3609.

On the date set forth below, I served the foregoing document described as follows: **STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT**, on the interested parties in this action by placing ___ the original/ X a true copy thereof enclosed in a sealed envelope(s) addressed as follows:

### SEE ATTACHED SERVICE LIST

[ X ]   BY MAIL  I deposited such envelopes in the mail at Los Angeles, California.  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business.

[   ]   BY PERSONAL SERVICE  I caused such envelope to be delivered by hand to the offices of the addressee(s).

[   ]   BY FEDEX  I caused such envelopes to be served via FedEx.  I am readily familiar with the firm's practice of collection and processing of correspondence for FedEx.  Under that practice it would be deposited in a box or other facility regularly maintained by FedEx for next day delivery.

[   ]   BY FACSIMILE MACHINE:  The foregoing document was transmitted to the attached named person(s) by facsimile transmission from (213) 943-6101 on said date and the transmission was reported as complete and without error.

[   ]   BY ELECTRONIC TRANSMISSION:  The foregoing document was transmitted via electronic mail to the addressee(s), at the e-mail address(es) indicated on the attached service list.

[   ]   (STATE)  I declare under penalty of perjury that the foregoing is true and correct.

[X]   (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on July 11, 2008, at Los Angeles, California.

_/s/ Marina Maynez_
Marina Maynez

3

**STIPULATION FOR FILING OF AMENDED COMPLAINT**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## SERVICE LIST

*American International Specialty Lines Ins. Co. v. Heilig-Meyers Co.*
*USDC – Southern Dist. Court Case No. 07-CV-2377-JLS (BLM)*

| | |
|---|---|
| William N. Kammer, Esq.<br>L. Geoffrey Lee, Esq.<br>Solomon Ward Seidenwurm & Smith<br>401 B Street, Suite 1200<br>San Diego, CA  92101<br>Telephone:   (619) 231-0303<br>Facsimile:    (619) 231-4755<br>E-Mail: wkammer@swsslaw.com;<br>glee@swsslaw.com | *Attorneys for Defendant*<br>*McMahan Furniture Company* |

4

**STIPULATION FOR FILING OF AMENDED COMPLAINT**