# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

American International Specialty Lines
Insurance Company

vs

Heilig-Meyers Company, a Virginia Corporation; McMahan Furniture Company, a California Corporation; Gustafson; Gustafson Washer Service, Inc.; Pacific Industrial Properties Holdings, Inc. dba Texas/Pacific Properties, Inc.; Raymert Press, Incorporated; and DOES 1 through 10, Inclusive

**FIRST AMENDED
SUMMONS IN A CIVIL ACTION**

Case No. 07-CV-2377-JLS (BLM)

TO: (Name and Address of Defendant)

Raymert Press Incorporated
8835 Balboa Avenue, #A
San Diego, California 92123

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Paul Rasmussen
Dongell Lawrence Finney LLP
707 Wilshire Blvd., 45th Floor
Los Angeles, California 90017

An answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

DATE

By                       , Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)                              AO-440S