Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

American International Specialty Lines Insurance Company

PLAINTIFF

vs

Heilig-Meyers Company, a Virginia Corporation; McMahan Furniture Company, a California Corporation; Raymert Press, Incorporated; and DOES 1 through 10, Inclusive

DEFENDANT

**FILED**
2008 JUL 28 PM 3: 34
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ K/H _____ DEPUTY

**SUMMONS IN A CIVIL ACTION ON FIRST AMENDED COMPLAINT**
Case No. 07-CV-2377-JLS (BLM)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Paul Rasmussen
Dongell Lawrence Finney LLP
707 Wilshire Blvd., 45th Floor
Los Angeles, California 90017

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMBERLY

JUL 28 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S