1  DONGELL LAWRENCE FINNEY LLP
   Richard A. Dongell (SBN 128083)
2      rdongell@dlflawyers.com
   Thomas F. Vandenburg (SBN 163446)
3      tvandenburg@dlflawyers.com
   Paul D. Rasmussen (SBN 201680)
4      prasmussen@dlflawyers.com
   707 Wilshire Boulevard, 45th Floor
5  Los Angeles, CA  90017-3609
   Telephone:  (213) 943-6100
6  Facsimile:   (213) 943-6101

7  Attorneys for Plaintiff
   AMERICAN INTERNATIONAL
8  SPECIALTY LINES INSURANCE COMPANY

9

10                 UNITED STATES DISTRICT COURT

11                 SOUTHERN DISTRICT OF CALIFORNIA

12

| 13 | American International Specialty Lines Insurance Company, | Case No.:  07-CV-2377-JLS (BLM) |
|---|---|---|
| 14 | | |
| 15 | Plaintiff, | **CERTIFICATE OF PESONAL SERVICE OF FIRST AMENDED SUMMONS AND FIRST AMENDED COMPLAINT** |
| 16 | v. | |
| 17 | Heilig-Meyers Company, a Virginia Corporation; McMahan Furniture Company, a California Corporation; Raymert Press, Incorporated; and DOES 1 through 10, inclusive, | |
| 18 | | |
| 19 | | |
| 20 | Defendants. | COMPLAINT FILED:  12/19/07<br>TRIAL DATE:       None Set |
| 21 | | |

1

**CERTIFICATE OF PERSONAL SERVICE OF FIRST AMENDED SUMMONS
AND FIRST AMENDED COMPLAINT**

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and Complaint was made by me | DATE 07/22/2008 |
| NAME OF SERVER  CHRIS LAFONTAINE | TITLE Registered Process Server |

Check one box below to indicate appropriate method of service

[x] Served personally upon the defendant. Place where served: 8835 Balboa Ave #A. San Diego, CA 92123

[ ] Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

[ ] Return unexecuted:

[ ] Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 | |
|---|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: _____
          Date          Signature of Server

Address of Server: 350 S. Figueroa St. Ste 196  Los Angeles 90071

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| Attorney or Party without Attorney: PAUL RASMUSSEN ESQ. DONGELL LAWRENCE FINNEY LLP 707 WILSHIRE BLVD., 45th FLOOR LOS ANGELES, CA 90017 | | For Court Use Only |
|---|---|---|
| Telephone No: 213-943-6100 DCaudillo@dlflawyers.com | Ref. No. or File No.: 1562-005 | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Southern District Of California

Plaintiff: AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY
Defendant: Heilig-Meyers Company, A Virginia Corporation; Mcmahan Furniture Company, A Calif

| PROOF OF SERVICE FIRST AMENDED SUMMON | Hearing Date: | Time: | Dept/Div: | Case Number: 07CV2377JLS(BLM) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the FIRST AMENDED SUMMONS IN A CIVIL ACTION AND FIRST AMENDED COMPLAINT; CASE MANAGEMENT CONFERENCE ORDER REGULATING DISCOVERY AND OTHER PRETRIAL PROCEDINGS; STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT.

3. a. Party served:        RAYMERT PRESS, INCORPORATED
   b. Person served:       D. BERDINE, D. Berdine AUTHORIZED TO ACCEPT SERVICE.

4. Address where the party was served:    8835 BALBOA AVENUE, # A
                                          San Diego, CA 92123

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jul. 22, 2008 (2) at: 2:20PM

7. *Person Who Served Papers:*
   a. CHRIS LAFONTAINE

   BEVERLY HILLS EXPRESS
   350 S. FIGUEROA STREET, SUITE 272
   LOS ANGELES, CA 90071
   (213) 346-1000, FAX (213) 346-1010
   BEVERLYHILLSEXPRESS.COM

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*
   e. I am: (3) registered California process server
      (i) Owner
      (ii) Registration No.:    1291
      (iii) County:             San Diego

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Thu, Jul. 24, 2008

                                                        (CHRIS LAFONTAINE)
                                                        657678.dongelpr.3550

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
FIRST AMENDED SUMMONS